JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSTIN JOSE LARGAESPADA CORDONERO,<br><br>            Petitioner,<br>     v.<br><br>FERETI SEMAIA, et al.<br><br>            Respondents. | No. 5:26-cv-1927 DSR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Unopposed Petition and Issuing Writ of Habeas Corpus for Immediate Release,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that Judgment is entered in favor of Petitioner and against Respondents.  The Order constitutes final disposition of the Petition by the Court.

DATED: May 6, 2026      _____

                   HON. DANIEL S. ROBERTS
                   UNITED STATES MAGISTRATE JUDGE